■ ANDREA C. BRITELL, Respondent, v SLOAN'S SUPERMARKET, INC., et al., Appellants, et al., Defendant. SLOAN'S SUPERMARKET, INC., et al., Third-Party Plaintiffs-Respondents, v GEORAL DOOR SERVICE CORP., Third-Party Defendant-Appellant. [687 NYS2d 258] —Judgment, Supreme Court, New York County (Raymond Cornelius, J.), entered April 21, 1998, insofar as appealed from, awarding plaintiff $125,355.30 for past medical expenses, $410,000 for past pain and suffering and $100,000 for future pain and suffering, unanimously affirmed, without costs.

Defendants' claim that they were prejudiced by a summation comment urging a $400,000 award for past pain and suffering is without merit, since the comment, assuming it was improper (cf., *Torrado v Lutheran Med. Ctr.*, 198 AD2d 346), was an isolated one that did not reflect the overall tenor of the summation (see, *Schechtman v Lappin*, 161 AD2d 118, 121). The $125,355.30 award for past medical expenses is supported by evidence sufficient to permit a finding that the first 15½ months of plaintiff's residency at the nursing home was attributable to the accident. The awards of $410,000 for past pain and suffering and of $100,000 for five years of future pain and suffering do not materially deviate from what is reasonable compensation under the circumstances (cf., *Kornberg v City of New York*, 224 AD2d 339, lv denied 88 NY2d 814; *Osoria v Marlo Equities*, 255 AD2d 132). Concur—Tom, J. P., Wallach, Lerner and Rubin, JJ.